UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  08-CR-21158-Scola

UNITED STATES OF AMERICA

v.

ANTHONY LIVOTI, et al.,

      Defendant.

_____/

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD
### FOR DEFENDANT, ANTHONY LIVOTI

PLEASE TAKE NOTICE that the undersigned attorney, KEITH A. PIERRO, is no longer with the law firm of Hirschhorn & Bieber, P.A. and is no longer an attorney of record in the above styled case.  Please remove KEITH A. PIERRO as counsel of record for Defendant, Anthony Livoti, and correct your certificate of service to reflect same.

### CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

    Respectfully Submitted,
    s/  Keith A. Pierro
    Keith A. Pierro, Esquire (Florida Bar No. 17446)
    kpierro@goldlawpa.com
    **GOLD & GOLD, P.A.**
    2121 Ponce de Leon Blvd., Suite 740
    Coral Gables, Florida 33134
    Telephone:  (305) 567-2525
    Facsimile:  (305) 567-2575

## SERVICE LIST

United States of America v. Anthony Livoti
Case No.:  08-CR-21158-Scola
United States District Court, Southern District of Florida

**Joel Hirschhorn, Esquire**
HIRSCHHORN & BIEBER, P.A.
550 Biltmore Way, PH 3-A,
Coral Gables, FL 33134
Telephone:  (305) 445-5320
Facsimile:  (305) 446-1766
*Attorney for Defendant, Anthony Livoti*

_____

**Jerrob Duffy, Esquire**
Court No.:  A5501106
99 NE 4th Street
Miami, FL 33132-211
Telephone:  (305) 961-9273
Facsimile:  (305) 530-6168
*Assistant United States Attorney*

_____